**STATE of Missouri, Respondent,**

v.

**Horacio T. LEE, Appellant.**

**No. WD 51287.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

David Simpson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from conviction of attempted murder in the first degree, § 564.011, RSMo 1994; assault of a law enforcement officer, § 565.081, RSMo 1994; unlawful use of a weapon, § 571.030.1(1), RSMo 1994; and, armed criminal action, § 571.015, RSMo 1994, for which he was sentenced to two concurrent life sentences to run consecutively to a thirty year term of imprisonment and a ten year term of imprisonment which are to run concurrently.

Judgment affirmed. Rule 30.25(b).